**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT HOBSON, et al., | : | CIVIL ACTION NO. 14-948 (MLC) |
| Plaintiffs, | : | **MEMORANDUM OPINION** |
| v. | : | |
| AMERICAN BANKERS INSURANCE OF FLORIDA, | : | |
| Defendant. | : | |

**THE MAGISTRATE JUDGE** ordered the parties to show cause why the complaint should not be dismissed with prejudice based on the plaintiffs' failure to comply with certain orders. (See dkt. entry no. 9, 9-19-14 Order to Show Cause.) A review of the docket reveals that the plaintiffs failed to respond to the Order to Show Cause. The Magistrate Judge addressed the matter in a Report and Recommendation, entered January 12, 2015, because a dismissal with prejudice is dispositive. (See dkt. entry no. 17, 1-12-2015 Report & Recommendation ("R&R").) See Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984); see also 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(1); L.Civ.R. 72.1(a)(2). The Magistrate Judge recommended that this Court dismiss the complaint with prejudice. (See R&R at 6.)

**ANY PARTY** to the action could have filed specific objections to the Magistrate Judge's Report and Recommendation, whereupon this Court would have conducted a de

novo review.  See 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2)–(3); L.Civ.R. 72.1(c)(2). The time for filing such objections has expired by any measure; no objections have been filed.  See 28 U.S.C. § 636(b)(1) (providing 14 days to object); Fed.R.Civ.P. 72(b)(2) (same); L.Civ.R. 72.1(c)(2) (same); see also Fed.R.Civ.P. 6(d) (providing additional three days to respond in certain instances); L.Civ.R. 5.2(5) (reiterating Federal Rule of Civil Procedure 6(d)); Fed.R.Civ.P. 6(a) (directing, inter alia, that if clerk's office is inaccessible, then response period is extended to first accessible day that is not Saturday, Sunday, or legal holiday).

    **THIS COURT**, upon reviewing the Report and Recommendation of the Magistrate Judge, accepts and agrees with all of the findings and recommendations.  For good cause appearing, the Court will issue an appropriate order and judgment.

    s/ Mary L. Cooper  
    **MARY L. COOPER**  
    United States District Judge

Dated:  February 13, 2015