UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT HOBSON, et al., | : | CIVIL ACTION NO. 14-948 (MLC) |
| Plaintiffs, | : | **ORDER & JUDGMENT** |
| v. | : | |
| AMERICAN BANKERS INSURANCE OF FLORIDA, | : | |
| Defendant. | : | |

For the reasons set forth in the Court's Memorandum Opinion, dated February 13, 2015, **IT IS** on this 13th day of February, 2015, **ORDERED** that the Magistrate Judge's Report and Recommendation, entered January 12, 2015 (dkt. entry no. 17) is **ADOPTED** as the opinion of this Court; and it is further

**ADJUDGED** that the complaint is **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court will designate the action as **CLOSED**.


  s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge